## MOTION DOCKET

**86-1597.** State v. Holloway. *Hamilton County*, No. C-840871. Reported at 38 Ohio St. 3d 239, 527 N.E. 2d 831. On motion for stay. Motion granted.

**88-107.** Digital & Analog Design Corp. v. North Supply Co. *Lorain County*, No. 4213. On motion to strike or in the alternative on motion to file supplemental brief. Motion to strike denied. Motion to file supplemental brief granted.

Wright, J., dissents.

**88-1444.** State v. Erby. *Franklin County*, No. 87AP-250. On motion for leave to file memorandum in support instanter. Motion granted.

**88-1706.** State v. Petty. *Richland County*. No. CA-2522. On motion to reconsider denial of motion for extension of time. Motion granted. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.

**88-1762.** State v. Henson. *Wood County*, No. WD-86-78. On motion for leave to file delayed appeal. Motion denied.

Locher and H. Brown, JJ., dissent.

**88-1763.** Hughes v. State. *Hamilton County*, No. C-860104. On motion for leave to file delayed appeal. Motion denied.

Locher, J., dissents.

**88-1781.** State v. Bowe. *Summit County*, No. 13494. On motion to convey and on motion for bail. Motions denied.

**88-1852.** State v. Brewer. *Greene County*, No. 87-CA-67. On motion for stay. Motion granted.

## REHEARING DOCKET